584 A.2d 207

SANDRA GRIMES v. DR. LEONARD M. HIRSCH.

May 7, 1990.

Petition for certification denied.

584 A.2d 208

MARION KILGANNON v. ALLSTATE INSURANCE COMPANY.

May 7, 1990.

Petition for certification denied. (See 240 *N.J.Super.* 4, 572 *A.*2d 201)

584 A.2d 208

BILMAN MECHANICAL CONTRACTORS, INC. v.
VITETTA GROUP.

May 7, 1990.

Petition for certification denied.

584 A.2d 208

LUCIEN CLANET v. COOPER
HOSPITAL/UNIVERSITY MEDICAL CENTER.

May 7, 1990.

Petition for certification denied.